UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN ROBERT DECK,<br><br>    Petitioner,<br><br>    v.<br><br>MACK JENKINS, Warden,<br><br>    Respondent. | No. SACV 11-1767 MWF (FFM)<br><br>JUDGMENT |

    Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: January 14, 2013

MICHAEL W. FITZGERALD
United States District Judge