UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN ROBERT DECK,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>MACK JENKINS, Chief Probation Officer,<br><br>　　　　　Respondent. | CASE NO. SACV 11-1767 MWF(FFM)<br><br>JUDGMENT |

　　Pursuant to the order filed herewith,

　　IT IS ADJUDGED that Judgment be entered conditionally granting the Petition for Writ of Habeas Corpus unless the State elects within 60 days of this Judgment becoming final to retry Petitioner.

DATED: May 24, 2016

　　　　　　　　　　　　　　　　　　　　　/s/ Michael W. Fitzgerald
　　　　　　　　　　　　　　　　　　　　　MICHAEL W. FITZGERALD
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

S:\FFM\State Habeas\!CLOSED\Deck 11-1767\Judgment following remand.wpd